**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **NUKEYA MADDOX,** ) | **CASE NO. 1:17-CV-1097** |
| ) | |
| **Plaintiff,** ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| vs. ) | <u>**OPINION AND ORDER**</u> |
| ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY ADMINISTRATION** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

This case is before the Court on the Report and Recommendation of Magistrate Judge Thomas M. Parker, issued on May 29, 2018. (Doc #: 16 ("R&R").) Therein, Magistrate Judge Parker recommends that the Court vacate the final decision of the Commissioner and remand the case to the Social Security Administration ("SSA") for further review, pursuant to sentence four of 42 U.S.C. § 405(g). Specifically, in a thorough, 45-page R&R, the Magistrate Judge reviewed the briefs and case law, analyzed the issues, and now recommends that the case be remanded to the SSA, and that the Administrative Law Judge ("ALJ") be instructed to (1) request supplemental or clarifying evidence from Dr. Haddad in support of his disability opinions, including clinical findings and diagnostic testing, and (2) properly assess and evaluate the opinion evidence relating to Plaintiff's impairments in accordance with agency regulations and controlling law.

Under the relevant statute,

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and

> recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1).

On June 12, 2018, the deadline for filing objections, the Commissioner filed a response to the R&R stating that it will not file any objections. (Doc #: 17.)

Accordingly, the Court **ADOPTS** the R&R in its entirety including its instructions to the ALJ (Doc #: 16), **VACATES** the Commissioner's decision, and **REMANDS** the case to the SSA for further proceedings consistent with the R&R.

**IT IS SO ORDERED.**

       */s/ Dan A. Polster    June 13, 2018*
       **DAN AARON POLSTER**
       **UNITED STATES DISTRICT JUDGE**